IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KYLE PERRIN BERANEK,
#201900554,
    Plaintiff,

v.      No. 3:23-cv-00773-K (BT)

JOHNSON COUNTY JAIL, et al.,
    Defendants.

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 28, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

    **SO ORDERED.**

    **Signed May 17th, 2023.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE